# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: DISCIPLINE OF )
ANTHONY G. BUZBEE )
) Misc. No. 13-00004
)

## ORDER

AND NOW, to wit, this 12th day of November, 2013, it appears that:

1. A referral of possible disciplinary action was made against Attorney Anthony G. Buzbee and was referred to the Disciplinary Committee of this Court;

2. This referral was reviewed by said Disciplinary Committee which made recommendation to the Board of Judges of this Court that further proceedings were unnecessary and that the matter should be discontinued and dismissed;

3. Chief Judge Conti and Judges McVerry and Cercone abstaining, the Board of Judges reviewed the recommendation of the Disciplinary Committee and concurred in its recommendation.

NOW, therefore, the above matter be and hereby is DISMISSED.

Maurice B. Cohill, Jr.
Senior District Court Judge